# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CASE NUMBER: |
| ) | 2:25-CR-00233-CLM-GMB |
| DAVID WILL JONES, ) | |
| ) | |
| DEFENDANT. ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned attorney, S. Randall Horton of SRHLAW, LLC, and hereby enters his name as counsel of record for the Defendant, David Will Jones.

Respectfully submitted this 29th day of April, 2025.

s/ S. Randall Horton
**SRHLAW, LLC**
Post Office Box 130162
Birmingham, Alabama 35213
Telephone (205)-568-3377

## CERTIFICATE OF SERVICE

I hereby certify that I have this 29th day of April, 2025, electronically filed the foregoing with the Clerk of the Court, using the EM/ECF system which will send notification of such filing to all parties of record.

s/ S. Randall Horton
**OF COUNSEL**